Magistrate Judge Tsuchida

```
08-MJ-00584-OBJ
```

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 23 2008

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
    Plaintiff,
    v.
WILLIAM R. APPLETON II,
    Defendant.

NO. MJ08-584

ORDER AUTHORIZING DETENTION
PENDING INITIAL APPEARANCE

TO: The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that defendant WILLIAM R. APPLETON II has violated Title 18, United States Code, Section 1341.

It is therefore ORDERED:

1. You are directed to bring defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

2. Defendant shall be held in custody pending that appearance.

Brian Tsuchida
Name of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

_____
Signature of Issuing Officer

12/22/2008, 7:30 P.M
Date, Time, and Location Seattle, WA

ORDER OF DETENTION PENDING
INITIAL APPEARANCE/APPLETON - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970